IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DONISHA SMITH, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No: 5:15-CV-0095-MTT-CHW |
| RICK ROSS, et. al., | : | |
| | : | |
| Defendants | : | |

### ORDER

Plaintiff Donisha Smith, an inmate currently confined at Arrendale State Prison in Alto Georgia, has filed a *pro se* complaint seeking relief pursuant to 42 U.S.C. § 1983. In her Complaint, Plaintiff alleges that she was sexually assaulted at Pulaski State Prison. Plaintiff has, however, already initiated a lawsuit based on this event and against the same defendants. This action thus involves the same parties and brings claims that are either the same or closely related to those alleged in Plaintiff's pending lawsuit.

Rule 42(a) of the Federal Rules of Civil Procedure authorizes this Court to consolidate actions that "involve a common question of law or fact." It is therefore **ORDERED** that this case, 5:15-cv-095-MTT-CHW, be **CONSOLIDATED** into *Smith v Ross*, 5:15-cv-005-MTT-MSH and that the present case, 5:15-cv-095, be **ADMINISTRATIVELY CLOSED**.

**SO ORDERED**, this 30th day of March, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT

jlr